DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
DEC - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    LARRY J. RAZAL

Chapter 13
Case No. 05-3-5387 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $578.66 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 009 | CLERK OF THE COURT FOR CENTURION/MBNA/CENTWOLFPOFF & ETAL<br>702 KING FARM BLVD/2 IRVINGTON CTR<br>ROCKVILLE, MD 20850-5775 | $578.66 |

Dated: December 6, 2010

_____
CECILIA MARCELO
Receipts Administrator

Case: 05-35387   Doc# 36   Filed: 12/07/10   Entered: 12/09/10 14:51:21   Page 1 of 1